No. 44. BERNARD CORRIGAN ET AL., PLAINTIFFS IN ERROR, *v.* KANSAS CITY ET AL. In error to the Supreme Court of the State of Missouri. November 4, 1910. Dismissed with costs, pursuant to the tenth rule. *Mr. O. H. Dean* for plaintiffs in error. No appearance for defendants in error.

No. 55. RUSSELL P. GOODWIN AND ROBERT M. FULTON, PLAINTIFFS IN ERROR, *v.* THE PEOPLE'S UNITED STATES BANK. In error to the Circuit Court of the United States for the Eastern District of Missouri. November 7, 1910. Dismissed with costs, on motion of *Mr. Attorney General Wickersham* for the plaintiffs in error. *The Attorney General* for plaintiffs in error. No appearance for defendant in error.

No. 52. EAGLE MINING & IMPROVEMENT COMPANY, PLAINTIFF IN ERROR, *v.* ROBERT E. LUND. In error to the Supreme Court of the Territory of New Mexico. November 7, 1910. Dismissed with costs, pursuant to the tenth rule. *Mr. Samuel Parker* for plaintiff in error. No appearance for defendant in error.

No. 57. VIOLA LA BARRE, PLAINTIFF IN ERROR, *v.* JOHN F. MARONEY. In error to the Court of Errors and Appeals of the State of New Jersey. November 9, 1910. Dismissed with costs, pursuant to the tenth rule. *Mr. Robert Carey* for plaintiff in error. *Mr. Gilbert Collins* for defendant in error.